1    **HANNI M. FAKHOURY**
California Bar No. 252629
2    FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
3    San Diego, California 92101-5008
Telephone: (619) 234-8467
4    Facsimile: (619) 687-2666
Hanni_Fakhoury@fd.org
5

6    Attorneys for Defendant

7

8                  UNITED STATES DISTRICT COURT

9             SOUTHERN DISTRICT OF CALIFORNIA

10    UNITED STATES OF AMERICA,      )   Case No. 08mj1826
                                        )
11         Plaintiff,                )
                                        )
12    v.                             )   **NOTICE OF ATTORNEY APPEARANCE**
                                        )
13    LIONEL VALENZUELA-CARRANZA,    )
                                        )
14         Defendant.            )
                                        )
15 _____ )

16       Pursuant to implementation of the CM/ECF procedures in the Southern District of California , Hanni

17   M. Fakhoury and Federal Defenders of San Diego, Inc. files this Notice of Appearance as lead counsel in

18   the above-captioned case.

19                                      Respectfully submitted,

20

21   Dated: June 19, 2008                    /s/ Hanni M. Fakhoury_____
                                  HANNI M. FAKHOURY
22                                    Federal Defenders of San Diego, Inc.
                                   e-mail: Hanni_Fakhoury@fd.org
23                                    Attorneys for Defendant

24

25

26

27

28

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her |
| 3 | information and belief, and that  a copy of the foregoing document has been served this day upon: |
| 4 | U S Attorneys Office Southern District of California<br>880 Front Street |
| 5 | Room 6293<br>San Diego, CA 92101 |
| 6 | (619)557-5610<br>Fax: (619)557-5917 |
| 7 | Email: Efile.dkt.gc2@usdoj.gov |
| 8 | |
| 9 | |
| 10 | DATED:  June 19, 2008                    /s/ Hanni M. Fakhoury |
| 11 | HANNI M. FAKHOURY<br>e-mail: Hanni_Fakhoury@fd.org |

2